JOSEPH P. RUSSONIELLO, CSNB 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, <br><br> Defendant. | No. C 08-4890-SC <br><br> **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSIVE PLEADING AND THE DATE OF THE CASE MANAGEMENT CONFERENCE; AND [~~PROPOSED~~] ORDER** |

    Plaintiff, by and through its attorneys of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to a 45-day extension of the deadline for the Defendant's responsive pleading in light of the fact that the Defendant is still in the process of compiling the administrative record for this Court's review. The Defendant shall file his responsive pleading on or before February 12, 2009.

    Moreover, in light of the fact that the Defendant's responsive pleading will be due on February 12, 2009, the parties jointly ask this Court to extend the date of the case management conference, currently scheduled for February 6, 2009, to March 20, 2009.

//

//

STIPULATION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING AND CMC
C 08-4890-SC                                                  1

| | | |
|---|---|---|
| 1 | Date: December 22, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | /s/<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendant |
| 7 | | |
| 8 | Date: December 22, 2008 | /s/<br>JON P. NEUSTADTER<br>Hooper, Lundy & Bookman, Inc. |
| 9 | | Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that:

(1) the Defendant shall file his responsive pleading on or before February 12, 2009, and

(2) the Case Management Conference, currently scheduled for February 6, 2009, shall be re-scheduled for March 20, 2009.

Date: _____

IT IS SO ORDERED
Judge Samuel Conti
United States District Judge

STIPULATION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING AND CMC
C 08-4890-SC                                       2