JOSEPH P. RUSSONIELLO, CSNB 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, <br><br> Defendant. | No. C 08-4890-SC <br><br> **STIPULATION TO VACATE THE CASE MANAGEMENT CONFERENCE AND TO A BRIEFING SCHEDULE; AND [PROPOSED] ORDER** |

    Plaintiff, by and through its attorneys of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, as follows:

    The parties believe this case can properly be resolved on cross-motions for summary judgment and respectfully ask this Court to vacate the case management conference, currently scheduled for March 20, 2009, as unnecessary.

    The parties propose the following briefing schedule on their cross-motions for summary judgment:

    Plaintiff's Motion for Summary Judgment:    March 27, 2009

    Defendant's Opposition/Cross-Motion for Summary Judgment:    April 24, 2009

STIPULATION TO VACATE THE CASE MANAGEMENT CONFERENCE AND TO A
BRIEFING SCHEDULE; AND PROPOSED ORDER
C 08-4890-SC                        1

| | | |
|---|---|---|
| 1 | Plaintiff's Reply/Opposition: | May 22, 2009 |
| 2 | Defendant's Reply: | June 12, 2009 |
| 3 | Hearing: | June 26, 2009 at 10:00 a.m. |

The parties further agree, subject to approval of the Court, to a 30-page limit for the plaintiff's motion for summary judgment, defendant's opposition/cross-motion for summary judgment and plaintiff's reply/opposition, and to a 20-page limit for defendant's reply.

Date: February 26, 2009                             Respectfully submitted,

                                                                                     JOSEPH P. RUSSONIELLO
                                                                                     United States Attorney

                                                                                        /s/
                                                                                  EDWARD A. OLSEN
                                                                                     Assistant United States Attorney
                                                                                     Attorneys for Defendant

Date: February 26, 2009                             /s/
                                                                                        JON P. NEUSTADTER
                                                                                        Hooper, Lundy & Bookman, Inc.
                                                                                      Attorneys for Plaintiff

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/26/09                             _____
                                                       United States District Judge