JOSEPH P. RUSSONIELLO, CSNB 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, <br><br> Defendant. | No. C 08-4890-SC <br><br> **STIPULATION TO MODIFY THE BRIEFING SCHEDULE; AND [~~PROPOSED~~] ORDER** |

Plaintiff, by and through its attorneys of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to modify the briefing schedule in light of the Defendant's need for an additional week to complete his Opposition to Plaintiff's Motion for Summary Judgment/Cross-Motion for Summary Judgment. The parties do not request to change the hearing date. The proposed modified briefing schedule is as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | On file |
| Defendant's Opposition/Cross-Motion for Summary Judgment: | May 1, 2009 |
| Plaintiff's Reply/Opposition: | May 29, 2009 |
| Defendant's Reply: | June 12, 2009 |
| Hearing: | June 26, 2009 at 10:00 a.m. |

STIPULATION TO MODIFY THE BRIEFING SCHEDULE; AND ~~PROPOSED~~ ORDER
C 08-4890-SC                                                1

| | |
|---|---|
| Date: April 23, 2009 | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendant |
| Date: April 23, 2009 | /s/<br>JON P. NEUSTADTER<br>Hooper, Lundy & Bookman, Inc.<br>Attorneys for Plaintiff |

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   4/24/09

_____
SAMUEL CONTI
United States District Judge

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" — Judge Samuel Conti]*

STIPULATION TO MODIFY THE BRIEFING SCHEDULE; AND ~~PROPOSED~~ ORDER
C 08-4890-SC                                           2